UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

ALFREDO DAVIS,

                Defendants.

------------------------------------------------------x

11 CR 295 (AKH)

**NOTICE OF MOTION TO WITHDRAW GUILTY PLEA**

      PLEASE TAKE NOTICE THAT, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, Defendant Alfredo Davis, by and through his undersigned counsel, will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, 500 Pearl Street, New York, New York, at 2:30 p.m. on October 22, 2012, to enter an Order withdrawing Defendant's plea of guilty in the above-captioned matter.

      Defendant's motion is based on this notice, his concurrently filed Memorandum of Law in Support of His Motion to Withdraw His Guilty Plea, the accompanying Declaration of Martin S. Bloor, and the exhibits attached thereto.

Dated:    October 10, 2012
            New York, New York

                                          Respectfully submitted,

                                          Linklaters LLP

                                          By:    /s/ Martin S. Bloor
                                                   Lance Croffoot-Suede
                                                   Martin S. Bloor
                                                   Chris Howard
                                                   1345 Avenue of the Americas,

New York, NY 10105
(212) 903-9000
(212) 903-9100 (fax)


*Attorneys for Alfredo Davis*