## CERTIFICATE OF SERVICE

I, Martin S. Bloor, an attorney duly admitted to practice law in the State of New York, certify under penalty of perjury that on October 10, 2012, I caused a true and correct copy of Defendant Dee Farmer's Notice of Motion to Withdraw Guilty Plea, his concurrently filed Memorandum of Law in Support of His Motion to Withdraw His Guilty Plea, the accompanying Declaration of Martin S. Bloor, and the exhibits attached thereto to be served via the Court's Electronic Case Filing System and by hand on the following attorney of record:

Parvin Moyne
Assistant United States Attorney
U.S. Attorney's Office
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Dated: October 10, 2012
       New York, New York

/s/ Martin S. Bloor
Martin S. Bloor