



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/12

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY FACSIMILE**

October 11, 2012



RECEIVED
OCT 11 2012
CHAMBERS OF
ALVIN K. HELLERSTEIN

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Alfredo Davis**
               S1 11 Cr. 295 (AKH)

Dear Judge Hellerstein:

      As per the Court's schedule, the above-referenced defendant filed his Motion to Withdraw a Guilty Plea yesterday on October 10, 2012. The Government's response is due October 17, 2012. In support of his Motion, the defendant supplied a sworn affidavit which included certain factual representations with respect to his basis for wanting his plea back. It is also the Government's understanding that, during the pendency of his prosecution, the defendant has submitted *ex parte*, *pro se* letters to the Court. As the defendant has now represented certain facts under oath in support of his Motion, the Government requires his earlier correspondence in order to properly respond. Accordingly, the Government respectfully requests the Court provide the Government (and recently appointed defense counsel who is copied on this letter) with copies of any and all correspondence it has received from the defendant during the case, as soon as possible. The Government knows of no legal basis protecting such communications between the defendant and the Court from disclosure.

*[Handwritten note: There are four letters: 3/10/12, 3/1/12, 6/7/11, 6/20/12 in my chambers file. They will be produced at the opening of argument, first to defense counsel, then to the AUSA (subject to objection). I did not read the 3/1/12 letter.
cc: Peggy Cross-Goode, Esq.
10/12/12
/s/ A. K. Hellerstein]*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/
Parvin Moyne/Glen McGorty
Assistant United States Attorneys
(212) 637-2510/2505

TOTAL P.002

Judge wrote:

"There are four letters: 3/10/12, 3/1/12, 6/7/11, 6/20/12 in chambers file. They will be produced at the opening of argument, first to defense counsel, then to the AUSA (subject to objection). I did not read the 3/1/12 letter.

10/12/12
Alvin K. Hellerstein"