```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :   NOTICE OF APPEARANCE AND
                                     REQUEST FOR ELECTRONIC
          -v-                    :   NOTIFICATION

ALFREDO DAVIS,                   :   11 Cr. 295 (AKH)

          Defendant.             :

- - - - - - - - - - - - - - - - - -x
```

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney for
                                the Southern District of New York

                  by:      /s/
                        Glen G. McGorty
                        Assistant United States Attorney
                        (212) 637-2505
                        glen.mcgorty@usdoj.gov

TO:   Counsel for Alfredo Davis (By ECF)