## CERTIFICATE OF SERVICE

I, Martin S. Bloor, an attorney duly admitted to practice law in the State of New York, certify under penalty of perjury that on October 19, 2012, I caused a true and correct copy of the Memorandum of Law of Defendant Alfredo Davis in Further Support of His Motion to Withdraw His Guilty Plea to be served via the Court's Electronic Filing System on the following attorneys of record:

Parvin Moyne
Glen McGorty
Assistant United States Attorneys
U.S. Attorney's Office
Southern District of New York
One St. Andrews Plaza
New York, New York


Dated:   October 19, 2012
         New York, New York

                                          /s/ Martin S. Bloor
                                          Martin S. Bloor