UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                           Plaintiff,

              v.                                 11 CR 295 (AKH)

ALFREDO DAVIS,

                          Defendant.

------------------------------------------------------------x

## DEFENDANT'S MOTION FOR RECONSIDERATION

For the reasons set forth in the accompanying memorandum of law, Defendant, Alfredo Davis, respectfully moves, pursuant to Local Criminal Rule 49.1(d) and Local Civil Rule 6.3, for the Court to reconsider its November 29, 2012 Order denying Defendant's Motion to Withdraw His Guilty Plea, and to enter an Order withdrawing Defendant's plea of guilty.

Dated:    New York, New York
            December 13, 2012

                                             Respectfully submitted,

                                             Linklaters LLP

                              By:   /s/ Martin S. Bloor
                                    Lance Croffoot-Suede
                                    Martin S. Bloor
                                    Chris Howard
                                    1345 Avenue of the Americas,
                                    New York, NY 10105
                                    (212) 903-9000
                                    (212) 903-9100 (fax)

                                           *Attorneys for Alfredo Davis*