## CERTIFICATE OF SERVICE

I, Martin Bloor, an attorney duly admitted to practice law in the State of New York, certify under penalty of perjury that on December 13, 2012, I caused a true and correct copy of Defendant Alfredo Davis' Motion for Reconsideration and his concurrently filed Memorandum of Law in Support of His Motion for Reconsideration to be served via the Court's Electronic Filing System on the following attorneys of record:

Parvin Moyne
Glen McGorty
Assistant United States Attorneys
U.S. Attorney's Office
Southern District of New York
One St. Andrews Plaza
New York, New York

Dated:   December 13, 2012
         New York, New York

                                        /s/ Martin S. Bloor
                                        Martin S. Bloor