Case 1:11-cr-00295-AKH Document 98 Filed 12/13/12 Page 1 of 1



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                      Plaintiff,

            v.                                 11 CR 295 (AKH)

ALFREDO DAVIS,

                      Defendant.

-------------------------------------------------------------x

### DEFENDANT'S MOTION FOR RECONSIDERATION

For the reasons set forth in the accompanying memorandum of law, Defendant, Alfredo Davis, respectfully moves, pursuant to Local Criminal Rule 49.1(d) and Local Civil Rule 6.3, for the Court to reconsider its November 29, 2012 Order denying Defendant's Motion to Withdraw His Guilty Plea, and to enter an Order withdrawing Defendant's plea of guilty.

Dated:    New York, New York
               December 13, 2012

Respectfully submitted,

Linklaters LLP

By:   /s/ Martin S. Bloor
       Lance Croffoot-Suede
       Martin S. Bloor
       Chris Howard
       1345 Avenue of the Americas,
       New York, NY 10105
       (212) 903-9000
       (212) 903-9100 (fax)

*Attorneys for Alfredo Davis*

[Handwritten note by Judge: "The Motion for Reconsideration is Denied. I took into consideration each factor singly and in combination. I have reviewed my decision again, and I affirm it reasoning and conclusions. 12/26/12" — signed]

Judge wrote:

"The Motion for Reconsideration is Denied. I took into consideration each factor, singly and in combination. I have reviewed my decision again, and I affirm its reasoning and conclusion.

12/26/12
Alvin K. Hellerstein"