UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

United States of America,

                Plaintiff,

        v.                              11-CR-295 (AKH)

Alfredo Davis,

                Defendant.

------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Patrick C. Ashby, an attorney authorized to practice in this court, as counsel of record for Defendant Alfredo Davis. Patrick Ashby will join Lance Croffoot-Suede, who has already appeared in this case and is also an attorney with Linklaters LLP, as counsel of record for Defendant Alfredo Davis.

Dated:    New York, New York
            February 15, 2013

                                                  Respectfully submitted,

                                                  Linklaters LLP

                                                  By:   /s/ Patrick C. Ashby
                                                  Patrick C. Ashby
                                                  1345 Avenue of the Americas,
                                                  New York, NY 10105
                                                  (212) 903-9000
                                                  (212) 903-9100 (fax)

                                                  Attorney for Defendant