# Linklaters



Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (+1) 212 903 9261

Judge Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**RECEIVED JUL 15 2013 CHAMBERS OF ALVIN K. HELLERSTEIN U S D J**

By Fax

July 15, 2013

**United States of America v. Alfredo Davis, No. 11 CR 295 (AKH)**

Dear Judge Hellerstein,

We represent Alfredo Davis in the above-referenced case, who is currently scheduled to be sentenced on July 24, 2013. We write to respectfully request that Mr. Davis's sentencing be adjourned to October 4, 2013. This is the second written request for an adjournment, and the U.S. Attorney's Office consents to this request. Mr. Davis's previous adjournment requests have been granted. Since this is an adjournment of sentencing, no other dates are scheduled in this case that would be implicated by this adjournment. It should also be noted that the government asserts that Mr. Davis is subject to a seven-year mandatory minimum in this case, pursuant to 18 USC 924(c)(1)(A), so this adjournment will not impact the duration of his imprisonment.

We are requesting this adjournment, in part, because of a recent decision by the Supreme Court of the United States, *Alleyne v. United States*, 133 S. Ct. 2151 (June 17, 2013), which we believe warrants further study by both the government and defense counsel in order to determine whether it carries implications related to the sufficiency of Mr. Davis's guilty plea. We have contacted your scheduling clerk in order to schedule an adjournment to mid-September, but understand that Your Honor will be overseeing a trial, and that the first convenient date thereafter for the Court is October 4, 2013, at 11:30 AM.

*[Handwritten note: Sentencing will take place on Oct. 4, 2013, 10:30 a.m. 7/17/13]*

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York Bar and foreign legal consultants of New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 5HQ, England or on www.linklaters.com

Please refer to www.linklaters.com/regulation for important information on our regulatory position.

Linklaters

I am available at the Court's convenience should Your Honor have any questions regarding this request

Respectfully submitted,

Lance Croffoot-Suede

cc: Parvin D. Moyne U.S. Attorney's Office (by electronic mail)