UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

United States of America,

                       Plaintiff,

            v.                                   11-CR-295 (AKH)

Alfredo Davis,

                       Defendant.

---------------------------------------------------------x

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Efrat F. Fish, an attorney authorized to practice in this court, as counsel of record for Defendant Alfredo Davis. Efrat Fish will join Lance Croffoot-Suede and Patrick C. Ashby, who has already appeared in this case and are also attorneys with Linklaters LLP, as counsel of record for Defendant Alfredo Davis.

Dated:    New York New York
            October 25, 2013

                                                      Respectfully submitted,

                                                      Linklaters LLP

                                                      By:   /s/ Efrat F. Fish
                                                      Efrat F. Fish
                                                      1345 Avenue of the Americas,
                                                      New York, NY 10105
                                                      (212) 903-9000
                                                      (212) 903-9100 (fax)

                                                      Attorney for Defendant