UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                          Plaintiff,

              v.

ALFREDO DAVIS,

                          Defendant.

------------------------------------------------------------x

11 CR 295 (AKH)

**NOTICE OF DEFENDANT
ALFREDO DAVIS'S RENEWED
MOTION FOR
RECONSIDERATION TO
WITHDRAW GUILTY PLEA**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Criminal Procedure

11, Federal Rule of Civil Procedure 60(b)(b), and Local Civil Rule 6.3, Defendant Alfredo

Davis, by and through his undersigned counsel, moves this Court to enter an Order withdrawing

Defendant's April 20, 2012 guilty plea in the above-captioned matter.

Defendant's motion is based on this notice, his concurrently filed Memorandum

of Law of Defendant Alfredo Davis in Support of His Renewed Motion for Reconsideration to

Withdraw His Guilty Plea, the accompanying Declaration of Efrat F. Fish, and the exhibits

attached thereto.

Dated:     October 25, 2013
           New York, New York

                                        Respectfully submitted,

                                        Linklaters LLP

                              By:     /s/ Lance Croffoot-Suede
                                        Lance Croffoot-Suede
                                        Patrick C. Ashby
                                        Efrat F. Fish
                                        1345 Avenue of the Americas,

New York, NY 10105
(212) 903-9000
(212) 903-9100 (fax)


*Attorneys for Alfredo Davis*