UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

       v.                                    11 CR 295 (AKH)

ALFREDO DAVIS,

                Defendant.

-----------------------------------------------------------x

## DECLARATION OF EFRAT F. FISH

1. I am an attorney of the law firm of Linklaters LLP, and am admitted to practice in the State of New York. I represent the Defendant in the above-captioned action.

2. I submit this Declaration on behalf of Defendant in support of the Renewed Motion For Reconsideration to Withdraw His Guilty Plea.

3. Attached here at Exhibit A, is to my best knowledge, a true and correct copy of a signed affidavit of Alfredo Davis, dated October 23, 2013.

4. Attached here at Exhibit B, is to my best knowledge, a true and correct copy of a signed affirmation of Jesse M. Siegel, Esq., dated October 24, 2013.

5. Attached here at Exhibit C, is to my best knowledge, a true and correct copy of the transcript of the April 20, 2012 guilty plea allocution of Alfredo Davis.

6. Attached here at Exhibit D, is to my best knowledge, a true and correct copy of excerpts from the transcript of the October 22, 2012 hearing before this Court.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2013
in New York, New York

By:   /s/ Efrat F. Fish
     Efrat F. Fish
     Linklaters LLP
     1345 Avenue of the Americas
     New York, New York 10105

*Counsel for Alfredo Davis*