

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2013

BY FACSIMILE
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

So ordered
11-8-13
/s/ Alvin K. Hellerstein

Re: *United States* v. *Alfredo Davis*
S1 11 Cr. 295 (AKH)

Dear Judge Hellerstein:

On October 25, 2013, the defendant filed a "Renewed Motion for Reconsideration to Withdraw Guilty Plea." Under the Court's scheduling order, the Government has until November 8, 2013, to respond to the defendant's motion. The Government writes to respectfully request an extension to November 15, 2013. The defendant's motion was longer than the Government anticipated when it requested a two-week period in which to respond, and the undersigned Assistant United States Attorney had some unforeseen issues arise in other matters. Defense counsel consents to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: Parvin Moyne
Assistant United States Attorney
Telephone: (212) 637-2510

cc: Lance Croffort-Suede, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/13