# Linklaters



RECEIVED
NOV 13 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
USDJ

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line 212 903 9261
lance.croffoot-suede@linklaters.com

Judge Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Fax

So Ordered
1-13-13
/s/ Alvin K. Hellerstein

November 13, 2013

## United States of America v. Alfredo Davis, No. 11 CR 295 (AKH)

Dear Judge Hellerstein:

We represent Alfredo Davis in *United States of America v. Alfredo Davis*. On October 25, 2013, pursuant to this Court's scheduling order, defendant submitted a "Renewed Motion for Reconsideration to Withdraw His Guilty Plea." On November 8, 2013, this Court granted the Government's request for an extension of its response (which was originally scheduled for November 8, 2013) to November 15, 2013. In light of this extension, the due date for defendant's reply (which was originally scheduled for November 15, 2013) will also need to be extended. We respectfully request an extension to November 27, 2013. We have not made any previous requests for adjournment or extension on this motion. The Government consents to this request.

Respectfully submitted,

Lance Croffoot-Suede

cc: Parvin D. Moyne, U.S. Attorney's Office (by electronic mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/13

This communication is confidential and may be privileged or otherwise protected by work product immunity

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.