ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/13

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy  Date: 11/21/13
by Order of Judge Alvin K. Hellerstein

Re: US v. Alfredo Davis - 11Cr. 295 (AKH)

You are hereby notified that you are required to appear for an oral argument.

> Date: 12/12/2013
> Time: 2:30 pm
> Place: U.S. Courthouse - Southern District of New York
> 500 Pearl Street
> Courtroom 14D
> New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signed]* Alvin K. Hellerstein
11-21-13