



Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line 212 903 9261
lance.croffoot-suede@linklaters.com

Judge Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Fax

November 22, 2013

**United States of America v. Alfredo Davis, No. 11 CR 295 (AKH)**

Dear Judge Hellerstein:

We represent Alfredo Davis in *United States of America v. Alfredo Davis*. On October 25, 2013, pursuant to this Court's scheduling order, defendant submitted a "Renewed Motion for Reconsideration to Withdraw His Guilty Plea." On November 21, 2013, oral argument was set by this Court on defendant's motion for 2:30pm on December 12, 2013. Due to a scheduling conflict, we have conferred with the U.S. Attorney's Office and Chambers, and respectfully request that the date for oral argument be rescheduled for January 6, 2014. The Government consents to this request.

Respectfully submitted,

/s/ L.C.

Lance Croffoot-Suede

cc: Parvin D. Moyne, U.S. Attorney's Office (by electronic mail)

*[Handwritten note: The argument is rescheduled to Jan. 6, 2014, at 4:00 pm. 11-25-13 /s/ Alvin Hellerstein]*

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.

Sent on behalf of Lance Croffoot-Suede.

**Cahre Villarini**
*Legal Assistant*
Linklaters LLP, New York

Tel. (212) 830 9652
Fax. (212) 903 9100

cahre.villarini@linklaters.com
http://www.linklaters.com