Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

U.S. DISTRICT COURT FILED
MAY 23 2014
D.S.
S.D. OF N.Y.

Caption:
United States
v.
Alfredo Davis

Docket No.: 1:11-cr-00295-AKH-1
Alvin K. Hellerstein
(District Court Judge)

Notice is hereby given that Alfredo Davis appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐
(specify)
entered in this action on May 13, 2014
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐
Defendant found guilty by plea ✓ | trial ☐ | N/A ☐
Offense occurred after November 1, 1987? Yes ✓   No ☐   N/A ☐
Date of sentence: May 13, 2014   N/A ☐
Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

Defendant's Counsel: Efrat Frida Fish
Counsel's Address: Linklaters, LLP
1345 Avenue of the Americas, 19th Floor, New York, NY 10105
Counsel's Phone: (212) 903-9000

Assistant U.S. Attorney: Parvin Daphne Moyne
AUSA's Address: U.S. Attorney's Office, SDNY
One St. Andrew's Plaza, New York, NY 10007
AUSA's Phone: (212) 637-2510

Signature