CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States v. Alfredo Davis

**DOCKET NUMBER:** 1:11-cr-00295-AKH-1

**COUNSEL'S NAME:** Efrat Frida Fish

**COUNSEL'S ADDRESS:** Linklaters, LLP
1345 Avenue of the Americas, 19th Floor, New York, NY 10105

**COUNSEL'S PHONE:** (212) 903-9000

*U.S. DISTRICT COURT FILED MAY 23 2014 S.D. OF N.Y.*

### QUESTIONNAIRE

[ ] I am ordering a transcript.

[✓] I am not ordering a transcript. Reason: [✓] Daily copy available  [ ] U.S. Atty. placed order  [ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____ (Description & Dates)

[ ] Trial: _____ (Description & Dates)

[ ] Sentencing: _____ (Description & Dates)

[ ] Post-trial proceedings: _____ (Description & Dates)

I, __Efrat Frida Fish__ (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [ ] CJA Form 24

_____    5/23/2014
Counsel's Signature              Date

*SOUTHERN DISTRICT REPORTERS, P.C.
U S COURT HOUSE
500 PEARL STREET-3RD FLOOR
NEW YORK, N.Y. 10007*

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____    Estimated Number of Pages: _____

Estimated completion date: _____

_____    _____
Court Reporter's Signature              Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.